NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

URIAN YOUNG, *Petitioner*.

No. 1 CA-CR 23-0474 PRPC

FILED 10-03-2024

Petition for Review from the Superior Court in Maricopa County
No. CR1994-010928
The Honorable Scott Minder, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Philip D. Garrow
*Counsel for Respondent*

Urian Young, San Luis
*Petitioner*

---

**MEMORANDUM DECISION**

Presiding Judge Maria Elena Cruz, Judge Samuel A. Thumma and Judge Andrew M. Jacobs delivered the following decision.

---

**PER CURIAM**:

**¶1**　　　　Petitioner Urian Young seeks review of the superior court's order denying his petition for post-conviction relief.  This is Urian's fifth petition.

**¶2**　　　　Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *See State v. Gutierrez*, 229 Ariz. 573, 577 ¶ 19 (2012).  It is Petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief.  *See State v. Poblete*, 227 Ariz. 537, 538 ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**　　　　We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review.  We find the petitioner has not established an abuse of discretion.

**¶4**　　　　We grant review but deny relief.



AMY M. WOOD • Clerk of the Court
FILED:　TM